```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NORMAN D'SOUZA,

                Defendant.

**Order of Restitution**

16 Cr. 253 (RA)

It is hereby ORDERED that:

1. **Amount of Restitution.** NORMAN D'SOUZA, the Defendant, shall pay restitution in the total amount of $9,880,296.22 to the victims of the offenses charged in the above-referenced Information. The names, addresses, and amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court. The defendant shall make restitution in monthly installments of at least 5 percent of his gross monthly income.

2. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
       October 11, 2019

                                          THE HONORABLE RONNIE ABRAMS
                                          UNITED STATES DISTRICT JUDGE

09.10.2013