USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/2/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NORMAN D'SOUZA,

Defendant.

No. 16-CR-253 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Defendant Norman D'Souza has submitted a letter seeking early termination of his term of supervised release. No later than December 16, 2019, the Government shall respond to Mr. D'Souza's request.

SO ORDERED.

Dated: December 2, 2019
New York, New York

Ronnie Abrams
United States District Judge