USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NORMAN D'SOUZA,

Defendant.

No. 16-CR-253 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Defendant Norman D'Souza's request for early termination of his term of supervised release is denied. The Court, however, will remove the existing restriction requiring him to notify and obtain approval from the Probation Office prior to any domestic travel. Restrictions on Mr. D'Souza's international travel will remain in place, although he may continue to seek permission to travel abroad from the Probation Office.

SO ORDERED.

Dated: January 2, 2020
New York, New York

Ronnie Abrams
United States District Judge